## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Damon Griffin
                           Plaintiff,

v.                                                  Case No.: 1:18−cv−00973
                                                     Honorable Edmond E. Chang

James O'Banner, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the status report, and to avoid unnecessary status hearings and to provide time to effectuate the payment, the case is dismissed without prejudice but with full leave to reinstate via motion filed by 09/09/2019. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 07/22/2019 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.